# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORMA S. WAGONER,        ) | |
|             Plaintiff,   ) | Case No. 2:11-cv-01922-GMN-PAL |
|                 ) | |
| vs.                   ) | **ORDER** |
|                 ) | |
| MORTGAGE ELECTRIC REGISTRATION  ) | |
| SYSTEMS, INC., *et al.,*        ) | |
|               ) | |
|         Defendants.  ) | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered December 1, 2011, regarding removal of this case to federal district court.  On December 5, 2011, Defendant LSI Title Agency, Inc. filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., January 27, 2012,** which must:

1.     Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2.     Include a statement by counsel of action required to be taken by this court.

3.     Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 13th day of January, 2012.

Peggy A. Leen
United States Magistrate Judge