ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., Bank of New York Mellon as Trustee for the Certificate Holders CWABS, Inc. Asset-backed Certificates, Series 2005-IM2, and Bank of America, N.A.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NORMA S. WAGONER,

Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificate Holders CWABS, Inc. Asset-backed Certificates, Series 2005-IM2, FIDELITY NATIONAL DEFAULT SOLUTIONS, LSI TITLE AGENCY, INC., BANK OF AMERICA, N.A., DOES I through X, and ROE CORPORATIONS I through X,

Defendants.

Case No.: 2:11-cv-01922-GMN-PAL

**ORDER CANCELING LIS PENDENS**

The Court finds Wagoner recorded a Notice of Lis Pendens Affecting Real Property on or about February 22, 2012 as Instrument Number 201202220002390 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached as **Exhibit 1** and fully incorporated by reference.

On November 9, 2011 Wagoner filed a complaint against defendants. Wagoner's complaint was dismissed, without prejudice, by this Court on March 27, 2013. [Dkt. 26]. The Court gave

Wagoner leave to amend, but cautioned she needed to file her amended complaint by April 25, 2013 or the entire action would be dismissed **with prejudice**. *Id.* (emphasis added).

Wagoner failed to file an amended complaint pursuant to the Court's deadline.

The Court:

1. Orders, adjudges, and decrees that the above-referenced Lis Pendens is canceled, released and expunged.

2. Further orders, adjudges and decrees that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. Further orders, adjudges and decrees defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**IT IS SO ORDERED** this 21st day of May, 2013.

Gloria M. Navarro
United States District Judge

Submitted by:

DATED this 17th day of May, 2013.

**AKERMAN SENTERFITT LLP**

/s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., Bank of New York Mellon as Trustee for the Certificate Holders CWABS, Inc. Asset-backed Certificates, Series 2005-IM2, and Bank of America, N.A.*

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# EXHIBIT 1

EXHIBIT 1



Inst #: 201202220002390
Fees: $19.00
N/C Fee: $0.00
02/22/2012 02:48:48 PM
Receipt #: 1073779
Requestor:
JOHN PETER LEE
Recorded By: MJM Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 179-20-817-035

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT (DO NOT Abbreviate)**

Notice of Lis Pendens

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

John Peter Lee, Ltd.

**Return to:**

**Name** John Peter Lee, Ltd.

**Address** 830 Las Vegas Boulevard South

**City/State/Zip** Las Vegas, Nevada 89101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NORMA S. WAGONER,

Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., RECONTRUST COMPANY, N.A. BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-IM2, FIDELITY NATIONAL DEFAULT SOLUTIONS, LSI TITLE AGENCY INC., BANK OF AMERICA, N.A., DOES I through X and ROE, CORPORATIONS I through X;

Defendants.

CASE NO.:2:11-cv-01922-GMN -PAL

2049.024348-mg

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that a Complaint implicating title has been filed in the above-entitled Court by the Plaintiffs against the named Defendants, Mortgage Electronic Registration Systems Inc., Recontrust Company, N.A., Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-IM@, Fidelity National Default Solutions, LSI Title Agency Inc., Bank of America, N.A.

. . .

. . .

. . .

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

The said premises affected by this action is commonly described as 437 Riverton Road, Henderson, Nevada, 89015, situates in Clark County, Nevada, and full legal description being as follows:

Parcel I:
Lot Thirty-Five (35) in Block Three (3) of TRADITIONS at HENDERSON. as shown by map thereof on fie in Book 93 of Plats. Page 82. in the Office of the County Recorder of Clark County, Nevada.
APN# 179-20-817-035

DATED this 22nd of February, 2012.

JOHN PETER LEE, LTD.

BY:______________________

JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950